UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Linda Iacozzi</u>

v.                                             Civil No. 13-cv-397-JL

<u>Hewlett-Packard Co.</u>

# **J U D G M E N T**

In accordance with the order by Chief Judge Joseph N. Laplante, dated December 3, 2014, judgment is hereby entered.

By the Court,

_____
Daniel J. Lynch
Clerk of Court

Date:  December 4, 2014

cc:   John F. Bisson, Esq.
      Christopher Gerard Betke, Esq.
      Matthew J. Lynch, Esq.